# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 24, 2025

## NO. 03-24-00021-CV

**Anthony Garza, Appellant**

**v.**

**Fesco Distributors, Appellee**

---

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS
AFFIRMED -- OPINION BY JUSTICE CRUMP**

---

This is an appeal from the final judgment signed by the trial court on January 3, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's final judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.